# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ARTURO JAIMESPIMENTZ,<br>a/k/a ARTURO JAIMES PIMENTEL | : | NO. 09-488-3 |

## ORDER

AND NOW, this 27th day of September, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion for Judgment of Acquittal (Doc. No. 126) is GRANTED as to Count I and DENIED as to Counts II and IV.

BY THE COURT:

/s Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\09-488 Jaimespimentz, et al\Pimentel - Order 9-27-10 Motion for Acquittal.wpd